**A CERTIFIED TRUE COPY**
APR 21 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY 16 AM 9:29
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
APR - 5 2005
FILED
CLERK'S OFFICE

2005 APR 26 P 1:44
LORETTA G. WHYTE
CLERK

DOCKET NO. 1657

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

CA 05-1582 L

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-5)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 282 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

CERTIFIED TRUE COPY
ROBERT R. DI TROLLIO, CLERK
BY: _____
DEPUTY CLERK

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 21 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
APR 28 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___Fee___
___Process___
_X_ Dktd
___CtRmDep___
___Doc. No.___

# SCHEDULE CTO-5 - TAG ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DISTRICT DIV. C.A.# | | | | EDLA SEC. L/3 |
|---|---|---|---|---|

ALABAMA MIDDLE
    ALM   2   05-191        Sandra R. Denney v. Merck & Co., Inc.    05-1526

ALABAMA NORTHERN
    ALN   2   05-93         Mary A. Payne, etc. v. Merck & Co., Inc.    05-1527
    ~~ALN   2   05-427~~      ~~Stephanie Jones, etc. v. Merck & Co., Inc., et al.~~ Opposed 4/19/05
    ALN   7   05-445        Bruce Marchand, et al. v. Merck & Co., Inc.    05-1528

ALABAMA SOUTHERN
    ALS   1   05-132        George Walker v. Merck & Co., Inc.    05-1529

CALIFORNIA CENTRAL
    ~~CAC   8   05-177~~      ~~Theodore M. Sokarda, et al. v. Merck & Co., Inc.~~ Opposed 4/21/05

CALIFORNIA EASTERN
    CAE   2   05-399        Carol N. Scott, et al. v. Merck & Co., Inc.    05-1530

CALIFORNIA NORTHERN
    CAN   3   05-919        Laurie Ann Moore, et al. v. Merck & Co., Inc.    05-1531
    CAN   3   05-928        Tuija Jagoda, et al. v. Merck & Co., Inc.    05-1532
    ~~CAN   3   05-937~~      ~~Vick Kargodorian v. Merck & Co., Inc., et al.~~ Opposed 4/20/05

CALIFORNIA SOUTHERN
    ~~CAS   3   05-443~~      ~~Robert V. Purcell v. Merck & Co., Inc., et al.~~ Opposed 4/20/05

CONNECTICUT
    CT    3   05-351        Nancy Stakum, et al. v. Merck & Co., Inc.    05-1533

FLORIDA MIDDLE
    FLM   2   05-58         Joseph Salamido v. Merck & Co., Inc.    05-1534
    ~~FLM   6   05-170~~      ~~Migna Serrano, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/21/05
    ~~FLM   8   05-223~~      ~~Wayne Vigil, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/21/05

FLORIDA SOUTHERN
    FLS   1   05-20545     Lee Casler, et al. v. Merck & Co., Inc.    05-1535
    FLS   1   05-20594     Gladys Alfreda Moss, et al. v. Merck & Co., Inc.    05-1536
    FLS   9   05-80109     Verne Shevock, etc. v. Merck & Co., Inc.    05-1537

GEORGIA MIDDLE
    GAM   7   05-10         Danny Harris Crumley v. Merck & Co., Inc.    05-1538

GEORGIA NORTHERN
    GAN   1   05-408        Samir Habachy v. Merck & Co., Inc., et al.    05-1539
    GAN   1   05-608        Stanley Davenport v. Merck & Co., Inc.    05-1540

ILLINOIS NORTHERN
    ~~ILN   1   05-636~~      ~~Ardeth Sukach v. Merck & Co., Inc.~~ Vacated 4/14/05
    ~~ILN   1   05-645~~      ~~John Poort v. Merck & Co., Inc.~~ Vacated 4/14/05
    ILN   1   05-1242      Richard C. Kriefer, etc. v. Merck & Co., Inc.    05-1541

SCHEDULE CTO-5 TAG-ALONG ACTIONS (MDL-1657)                                                Page 2 of 3

| DISTRICT DIV. C.A.# | | | | EDLA SEC. L/3 |
|---|---|---|---|---|
| **ILLINOIS SOUTHERN** | | | | |
| ~~ILS~~ | ~~3~~ | ~~05-166~~ | ~~Dick Donohoo v. Merck & Co., Inc., et al.~~ Vacated 4/20/05 | |
| ~~ILS~~ | ~~3~~ | ~~05-167~~ | ~~Rosalyn Jackson v. Merck & Co., Inc., et al.~~ Vacated 4/20/05 | |
| ~~ILS~~ | ~~3~~ | ~~05-168~~ | ~~Helen Wood v. Merck & Co., Inc., et al.~~ Opposed 4/19/05 | |
| **INDIANA SOUTHERN** | | | | |
| INS | 1 | 05-290 | Darlene Mullins, etc. v. Merck & Co., Inc. | **05-1542** |
| **LOUISIANA WESTERN** | | | | |
| LAW | 6 | 05-365 | Isaac J. Vice, Jr., et al. v. Merck & Co., Inc. | **05-1543** |
| **MICHIGAN EASTERN** | | | | |
| ~~MIE~~ | ~~2~~ | ~~05-70619~~ | ~~Gerald Duronio v. Merck & Co., Inc., et al.~~ Vacated 4/20/05 | |
| **MINNESOTA** | | | | |
| MN | 0 | 05-229 | Jonay Irene Isaacson, etc. v. Merck & Co., Inc. | **05-1544** |
| **MISSOURI EASTERN** | | | | |
| MOE | 4 | 05-156 | Sharon Wiser, et al. v. Merck & Co., Inc., et al. | **05-1545** |
| ~~MOE~~ | ~~4~~ | ~~05-194~~ | ~~Curt Meng, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/21/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-195~~ | ~~Ronald Colbert, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/21/05 | |
| MOE | 4 | 05-197 | Elsea Guido, et al. v. Merck & Co., Inc., et al. | **05-1546** |
| ~~MOE~~ | ~~4~~ | ~~05-297~~ | ~~Carver Black, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/19/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-302~~ | ~~John Hodges, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/19/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-304~~ | ~~Renee Lockett, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/19/05 | |
| ~~MOE~~ | ~~4~~ | ~~05-309~~ | ~~LeJuana Young, et al. v. Merck & Co., Inc., et al.~~ Opposed 4/19/05 | |
| **MISSISSIPPI NORTHERN** | | | | |
| MSN | 4 | 05-35 | Lee Bertha Matthews v. Merck & Co., Inc., et al. | **05-1547** |
| **NEW MEXICO** | | | | |
| NM | 1 | 05-197 | Esther S. Archuleta v. Merck & Co., Inc. | **05-1548** |
| **NEVADA** | | | | |
| NV | 2 | 05-210 | Ruth Young v. Merck & Co., Inc. | **05-1549** |
| **NEW YORK EASTERN** | | | | |
| NYE | 1 | 05-342 | Blanca Balarezo v. Merck & Co., Inc. | **05-1550** |
| NYE | 1 | 05-533 | Guillermo Reyes v. Merck & Co., Inc., et al. | **05-1551** |
| NYE | 1 | 05-678 | Hugo Bua v. Merck & Co., Inc. | **05-1552** |
| NYE | 1 | 05-1032 | Eileen Desport, et al. v. Merck & Co., Inc., et al. | **05-1553** |
| NYE | 1 | 05-1068 | Joseph Freda, et al. v. Merck & Co., Inc. | **05-1554** |
| **NEW YORK SOUTHERN** | | | | |
| NYS | 1 | 05-1957 | John W. Smith v. Merck & Co., Inc. | **05-1555** |
| NYS | 1 | 05-1960 | John J. O'Connell, Jr. v. Merck & Co., Inc., et al. | **05-1556** |
| **OHIO SOUTHERN** | | | | |
| OHS | 1 | 05-135 | Dorothy Jane Conrad, et al. v. Merck & Co., Inc. | **05-1557** |
| OHS | 2 | 05-111 | Cynthia Pilgrim v. Merck & Co., Inc. | **05-1558** |
| OHS | 2 | 05-128 | Thomas E. Bell, etc. v. Merck & Co., Inc. | **05-1559** |
| OHS | 2 | 05-201 | Bryan Russell, etc. v. Merck & Co., Inc. | **05-1560** |
| OHS | 3 | 05-43 | Joseph Pandin, etc. v. Merck & Co., Inc. | **05-1561** |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 05-642 | Gary R. Geist, et al. v. Merck & Co., Inc. | **05-1562** |
| PAE | 2 | 05-643 | Alice H. Fox v. Merck & Co., Inc. | **05-1563** |
| PAE | 2 | 05-649 | Charles Baker, et al. v. Merck & Co., Inc. | **05-1564** |

SCHEDULE CTO-5 TAG-ALONG ACTIONS (MDL-1657)      Page 3 of 3

DISTRICT DIV. C.A.#      EDLA SEC. L/3

PENNSYLVANIA WESTERN
     PAW   2   05-133      Conrad Davis, Jr., et al. v. Merck & Co., Inc.      05-1565

SOUTH CAROLINA
     ~~SC   2   05-443      Albert King, et al. v. Merck & Co., Inc.~~ Vacated 4/11/05

SOUTH DAKOTA
     SD   1   05-1007      Gladys Maberry v. Merck & Co., Inc.      05-1566
     SD   1   05-1008      Felix Bordeaux v. Merck & Co., Inc.      05-1567
     SD   1   05-1009      Marlene Dykes v. Merck & Co., Inc.      05-1568
     SD   1   05-1010      Barbara Lundgaard v. Merck & Co., Inc.      05-1569
     SD   1   05-1012      Rayla J. Larghe v. Merck & Co., Inc.      05-1570
     SD   1   05-1013      Roland Horstman v. Merck & Co., Inc.      05-1571

TENNESSEE EASTERN
     TNE   1   05-30      Lonnie M. Powell, et al. v. Merck & Co., Inc.      05-1572
     TNE   1   05-31      Hattie L. Cutts, et al. v. Merck & Co., Inc.      05-1573
     TNE   1   05-32      John Hadden v. Merck & Co., Inc.      05-1574
     TNE   1   05-33      Betty Ann Hall v. Merck & Co., Inc.      05-1575
     TNE   1   05-38      Ricky R. Green v. Merck & Co., Inc.      05-1576
     TNE   1   05-39      William McConkey, et al. v. Merck & Co., Inc.      05-1577
     TNE   1   05-44      Charles K. Caldwell, et al. v. Merck & Co., Inc.      05-1578
     TNE   1   05-60      Broughton J. Maynor, et al. v. Merck & Co., Inc.      05-1579
     TNE   2   05-22      Callie M. Berry, et al. v. Merck & Co., Inc.      05-1580

TENNESSEE WESTERN
     TNW   1   05-1054      Erma G. Macklin v. Merck & Co., Inc., et al.      05-1581
     TNW   1   05-1064      David Robbins v. Merck & Co., Inc., et al.      05-1582

TEXAS EASTERN
     ~~TXE   1   05-87      George Zuzukin, M.D., et al. v. Merck & Co., Inc.      05-1583~~
     TXE   1   05-106      Anne L. Taylor, etc. v. Merck & Co., Inc.      05-1584
     TXE   2   05-57      Santos Trevino, et al. v. Merck & Co., Inc.      05-1585

TEXAS NORTHERN
     TXN   4   05-143      Jackie Lynn Jones v. Merck & Co., Inc.      05-1586

TEXAS WESTERN
     TXW   1   05-91      Roxane S. Heinatz, et al. v. Merck & Co., Inc.      05-1587

WASHINGTON WESTERN
     WAW   2   04-2377      Daniel Rygel, et al. v. Merck & Co., Inc.      05-1588
     WAW   2   05-230      Walton W. Dickhoff, et al. v. Merck & Co., Inc.      05-1589

WEST VIRGINIA SOUTHERN
     WVS   1   05-190      Ruby Perdue, et al. v. Merck & Co., Inc.      05-1590
     WVS   1   05-191      Norman G. Clark v. Merck & Co., Inc.      05-1591
     WVS   5   05-192      Underwood Adkins, et al. v. Merck & Co., Inc.      05-1592